J. Madison Pace, appellant, v. The Capitol Garage, Inc., and William M. Carleton, appellees. Gen. No. 33,090.

Heard in the first division of this court for the first district at the October term, 1928. Opinion filed February 11, 1929.

Harry Hoffman, for appellant; Clyde C. Fisher, of counsel. No appearance for appellees.

Mr. Justice Matchett delivered the opinion of the court.

Joseph Korman, appellee, v. Morris Goldman, appellant. Gen. No. 33,108.

Heard in the first division of this court for the first district at the October term, 1928. Opinion filed February 11, 1929. Rehearing denied February 25, 1929.

Joseph Rosenberg, for appellant; Benjamin Rosenberg, of counsel. Koven & Perlman, for appellee; Henry H. Koven, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Anna D. Sielaff, administratrix of the estate of William C. Sielaff, deceased, defendant in error, v. James E. Bennett et al., trading as James E. Bennett & Co., plaintiffs in error. Gen. No. 32,739.

Heard in the second division of this court for the first district at the June term, 1928. Opinion filed February 14, 1929.

Moses, Kennedy, Stein & Bachrach, for plaintiffs in error; Walter Bachrach and Isaac E. Ferguson, of counsel. Solberg, Hummeland & Winans, for defendant in error; Kellam Foster, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Rose Hornat, a minor, by Frank Hornat, her father and next friend, appellee, v. National Cash Register Company, appellant. Gen. No. 32,930.

Heard in the second division of this court for the first district at the October term, 1928. Opinion filed February 14, 1929.

John A. Bloomingston, for appellant. Philip Rosenthal, for appellee; Stuart B. Krohn, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.